# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 3, 2019

## NO. 03-18-00684-CV

Sitterle Homes – Austin, LLC, Appellant

v.

Amin-Patel Investments, LLC; Jaymini Patel; and Mitesh Patel, Appellees

### APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
### REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment signed by the trial court on September 19, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings. Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.